# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| LAMARR SISTRUNK,<br><br>       Petitioner<br><br><br>     v.<br><br><br>COMMONWEALTH OF PENNSYLVANIA,<br>TAYLOR WILLIAMS, ESQ., THOMAS L.<br>KEARNEY, ESQ., SUPERIOR COURT<br>OF PENN MD, COMMON PLEAS<br>COURT OF YORK AND MAGISTRATE<br>JUDGE NIXON #19-1-05,<br><br>       Respondents | : No. 93 MM 2015<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Prohibition is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.